PER CURIAM.

(No. 73-CC-268—Claimant )

TOOL & HOIST DIVISION OF INGERSOLL-RAND COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 15, 1973.*

INGERSOLL-RAND COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.